# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**TONY RUIZ,**
**ADC #157474** **PLAINTIFF**

**VS.** **4:17CV00373-BRW-JTK**

**POPE COUNTY SHERIFF'S OFFICE, et al.** **DEFENDANTS**

## ORDER

I have received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, I adopt them in their entirety.

Accordingly, Defendant Pope County Sheriff's Office is DISMISSED, for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 24th day of July, 2017.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE